**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| |
|---|
| **UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC.,** |
| *Plaintiffs*, |
| v. |
| **Abdullah Store GAJAL, et al.,** |
| *Defendants.* |

Civil Action No.

<u>**DECLARATION OF JEFFREY B. SLADKUS**</u>

I, Jeffrey B. Sladkus, declare and state as follows:

**I.     Background**

1)     The following Declaration is made on my personal knowledge and information, as well as my review of relevant documents, and, if called upon to do so, I could and would capably testify to the following facts set forth below.

2)     I am an attorney duly authorized and licensed to practice law in the State of Georgia.  I have been practicing as a trademark and copyright attorney since at least as early as 2001, and I am the Managing Partner of The Sladkus Law Group, counsel of record for University of Georgia Athletic Association, Inc. ("Plaintiff") in the above captioned action.

3)      I have represented, and continue to represent, numerous owners of well-known brands against sellers of counterfeit and infringing products.

4)      Online sales of counterfeit and infringing goods are a major problem for these brand owners.  I have been retained by Plaintiff to help locate and pursue merchants on some of the most popular e-commerce marketplaces, such as Alibaba, AliExpress, DHgate, Amazon, Ebay, Joom, and/or Wish ("Marketplaces"), that are selling unauthorized copies of Plaintiff's goods bearing counterfeit or infringing marks.

5)      I routinely engage and assist in the enforcement of my clients' IP rights against counterfeiters, including by registering copyrights and trademarks with U.S. Customs and Border Protection ("CBP"), assisting CBP with the identification, review, and seizure of counterfeit goods, sending demand letters directly to infringers and internet service providers, filing domain name disputes against infringing websites, assisting with or utilizing the notice-and-takedown procedures for social media platforms such as Facebook, and assisting with or utilizing notice-and-takedown procedures to report intellectual property right ("IPR") infringements directly to the Marketplaces.

## II.    Investigation of Defendants

6)    There are currently scores of virtual storefronts operating on the various Marketplaces selling counterfeit or infringing goods bearing the Plaintiff's Marks. The Marketplaces allow individuals or companies to establish these virtual storefronts where they can then market, sell, and ship a variety of goods to consumers in the United States (each a "Store").

7)    On behalf of Plaintiff, I personally investigated the marketing, promotion, and offering for sale of counterfeit and/or infringing goods in the various Marketplaces by Defendants. Each Defendant has advertised and overtly offered for sale to prospective purchasers in the United States unauthorized goods bearing counterfeit and/or infringing copies of Plaintiff's Marks. Using a suitable pretext, our firm searched for Plaintiff's branded goods on the various Marketplaces, identified Stores advertising merchandise bearing counterfeit and/or infringing copies of Plaintiff's Marks, and confirmed that each of the Stores was willing and able to ship these counterfeit and/or infringing goods to the United States. Each of the Marketplaces accepts payment on behalf of the Stores for these goods in U.S. dollars, as further discussed below. Each Defendant advertised its willingness and ability to sell these counterfeit and infringing goods to customers in the United States, including in this judicial district, thereby purposefully

directing its commercial activities here. In fact, Stores will frequently feature "customer feedback" sections that specifically highlight reviews based on sales made to customers in the United States.

8)      As part of the investigative process, my firm has assembled web page captures evidencing each Defendant's offer for sale and/or sale of goods bearing counterfeit and/or infringing copies of one or more of Plaintiff's Marks. The web page captures also establish each Defendant's marketing, offering for sale, and offering to ship these counterfeit and/or infringing goods to consumers in the United States, together with images of the counterfeit and/or infringing goods that were prominently displayed by Defendants as sample goods in their Stores. Many of the Stores use the identical pictures and descriptions to advertise the sale of their counterfeit and/or infringing goods. This evidence can and will be made available to the Court upon request; the volume and electronic file size makes it impracticable to file it through the Court's CM/ECF platform.

9)      Alibaba.com ("Alibaba") and AliExpress.com ("AliExpress") are owned by Alibaba Group Holding Limited ("AGHL"). Based on my research, I understand that all sales made by Alibaba and AliExpress sellers are processed by Ant Financial Services Group (formerly AliPay.com Co., Ltd.) doing business as AliPay ("AliPay"), which is also owned by AGHL. Based on my research, I

understand that AliPay US, Inc. is the agent of AliPay and is authorized to accept and process all payments for buyers located in the U.S.

10) Merchants operating through the Wish.com Marketplace have their payments processed through an aggregate escrow account in the name of ContextLogic Inc. d/b/a WISH, which operates the Wish.com Marketplace. Merchants selling goods through the DHGate Marketplace have their payments processed by DHPay, which is owned by Camel Financial, Inc. ("Camel Financial"). I further understand that merchants selling through the Amazon.com Marketplace have their payments processed by Amazon Payments and that merchants selling through the Ebay Marketplace primarily utilize PayPal. The Joom Marketplace accepts a variety of payment types, including credit cards and PayPal, and processes those payments on behalf of the merchants and consumers using the platform.

11) Based on my first-hand knowledge of similar cases I have prosecuted, Marketplaces such as Alibaba, AliExpress, DHGate, Amazon, Ebay, Joom, and Wish, for example, can and will in fact comply with a temporary restraining order of the type requested by Plaintiff.

### III.  Need for Ex Parte Relief and Service by Electronic Means

12)  The Marketplaces usually provide a mechanism for reporting intellectual property rights ("IPR") infringement. However, the current notice-and-takedown procedures in place by the various Marketplaces to report IPR infringements are an exercise in smoke and mirrors.  While these procedures have been instituted by Marketplaces to lead IPR owners to believe that the Marketplaces are taking real and affirmative steps to curb the sale of counterfeiting and/or infringing goods, in reality, these takedowns result in nothing more than a slap on the wrist and a minor inconvenience for the sellers.

13)  In my experience, a Marketplace will usually take infringing products down within one week of receipt of a notice of an IPR infringement. However, there are no real penalties or restrictions imposed upon the seller, and, invariably, the seller often will quickly relist the infringing and/or counterfeit goods on the same Store or establish a new Store under a new identity and resume selling the infringing and/or counterfeit goods. If a Marketplace bans a particular seller because of repeat IPR infringement complaints, the seller can easily establish a new identity, set up a new Store, and resume selling counterfeit and/or infringing goods on the Marketplace in little time.

14)     The persistent nature of online counterfeiting and long-term

ineffectiveness of standard notice-and-takedown procedures is well documented.

Referred to colloquially as the "whack-a-mole" problem, once an infringing listing

is taken down pursuant to a takedown notice, another infringing listing tends to

"pop-up" to take its place.[1]  Thus, rights holders are faced with either perpetually

sending takedown notices or resigning themselves to the pervasiveness of the

infringement.

15)     Most Marketplace sellers do not provide complete or accurate

physical contact information regarding themselves or their Store. Some

Marketplaces allow sellers to operate with complete anonymity and do not disclose

any information about the seller or the Store whatsoever.

---

[1] *See e.g.* Gaston Kroub, *Mass Counterfeiting Whack-a-Mole*, Above the Law, Jan. 21, 2020, https://abovethelaw.com/2020/01/mass-counterfeiting-whack-a-mole/; Kimball, Spencer, *US small businesses are fighting an uphill battle against counterfeiters in China: 'It's like whack-a-mole'*, CNBC, Oct. 9, 2019, https://www.cnbc.com/2019/10/06/how-us-small-businesses-are-fighting-counterfeiting-in-china.html; Taylor, Ken, *Member Spotlight: Adobe Inc. Focuses Corporate Social Responsibility Efforts on Education, Environment, and Community*, International Trademark Association (INTA), Jan. 15, 2020, https://www.inta.org/member-spotlight-adobe-inc-focuses-corporate-social-responsibility-efforts-on-education-environment-and-community/; Hsiao, Amy, *Fighting Online Counterfeits in China – Tips to Avoid a "Whack-a-Mole" Game*, Last Week in China, Jan. 31, 2020, https://www.lastweekinchina.com/home/fighting-online-counterfeits-in-china; Ray, James, *Trademark Enforcement: A more nuanced game than whack-a-mole*, IP Watchdog, Oct. 23, 2018, https://www.ipwatchdog.com/2018/10/23/trademark-enforcement-whack-a-mole/id=102344/; Mostert, Dr. Frederick, *Study on Approaches to Online Trademark Infringements*, World Intellectual Property Organization (WIPO) Advisory Committee on Enforcement, Sep. 1, 2017, https://www.wipo.int/edocs/mdocs/enforcement/en/wipo_ace_12/wipo_ace_12_9_rev_2.pdf.

16)     I have sent countless demand letters to substantially similar merchants located in China. These merchants rarely, if ever, publish an accurate identity, physical address, or other contact information. Moreover, when they do purport to provide a business address, it is usually either incomplete or false. In my many years of representing IPR owners, I have yet to receive a response to a demand letter sent to an individual or company in China that was sent to the published address.

17)     The contact information typically published by a seller in any Marketplace is rarely complete, and while the published information might lead to a certain city or region in China, there is rarely, if ever, the type of specific physical location information required to successfully effectuate personal service, let alone deliver a demand letter. I have also been informed by AliExpress that they do not have and, therefore, cannot provide the actual name and physical address of the sellers associated with any Store.

18)     With such anonymity, sellers like Defendants are then able to market, advertise, and sell counterfeit and infringing goods without any risk of an adverse judgment. This also allows sellers like Defendants to destroy any evidence of their unlawful conduct and to transfer or withdraw funds in the event of a legal proceeding.

19)     Additionally, counterfeiters routinely monitor electronic court dockets for new anti-counterfeiting actions and communicate with sellers like Defendants through various social networks and message forums, including sellerdefense.cn, alerting these sellers to pending actions and affording these sellers the opportunity to take down their existing Store, empty Marketplace escrow accounts, and destroy all evidence of their counterfeiting activity before a TRO or asset freeze can be put in place.

20)     This firm has discovered that counterfeiters have begun monitoring electronic court dockets specifically for filings from The Sladkus Law Group, in an effort to learn of potential anti-counterfeiting actions before a plaintiff's motion for TRO can be heard by the Court.  Counterfeiters then share information and details from initial court filings with other sellers and provide one another with directions and instructions on counter-measures to evade account freezes and protect funds obtained from the sale of counterfeit goods.  Examples of counterfeiters' communications through sellerdefense.cn related to one of our firm's recent cases are attached hereto as Exhibit 1.

21)     Therefore, due to the incomplete public information and/or virtual anonymity afforded to these sellers, coupled with these sellers' capacity for monitoring electronic dockets to obtain advance notice of pending litigation,

9

successfully shutting down these sellers and affording an aggrieved party the opportunity to obtain some type of remedy under the prevailing U.S. trademark laws requires that the target remains unaware that they are the subject of anti-counterfeiting measures; otherwise, the second one of these sellers catches wind of an investigation, they will disappear without a trace.

22)     Counterfeiters who are made aware of pending legal action are known to abscond with their counterfeit goods and/or other assets to avoid liability. Our clients have experienced this first-hand. For example, one of our clients pursued a counterfeiter for years across various cities in China. When the client's representatives originally started to close in on him and/or the factories he was using to make the counterfeit products, they were unable to find him, and the factories claimed that they were bankrupt and that the machines used to make the counterfeit products were gone. Years later, the same counterfeiter was found in a new city in China manufacturing counterfeit products at a new facility. He was eventually apprehended by law enforcement officers. However, in the time that he was missing, our client estimates that around 500,000 counterfeit products were distributed.

23)     In a different matter, one of our clients pursued two individuals and brought civil claims against them in China. The matter ultimately settled, and the

individuals agreed to cease their infringement. However, a few months later, the same individuals were found to be engaging in the same counterfeiting activity. A Chinese Court ordered seizure of their bank accounts, but the accounts were eventually released. When our client tried to obtain the previously seized funds, the money was gone.

24)   These experiences are not unique. These types of evasive activities are well documented. It is exactly because of counterfeiters' tendency to disappear and destroy evidence that the Lanham Act was amended to provide for *ex parte* seizure orders under 15 U.S.C. § 1116.[2]

25)   I have only ever received responses to demand letters sent to merchants in China after I emailed a copy of the correspondence to the infringer – and only when a valid email address has been provided.

---

[2] Joint Statement on Trademark Counterfeiting Legislation Part G, 130 Cong. Rec. H12076, H12078 (daily ed. Oct. 10, 1984) ("Testimony before both the House and Senate Judiciary Committees established that many of those who deal in counterfeits make it a practice to destroy or transfer counterfeit merchandise when a day in court is on the horizon. The ex parte seizure procedure is intended to thwart this bad faith tactic . . . ."), available at https://www.justice.gov/archives/jm/criminal-resource-manual-1711-joint-statement-part-g-ex-parte-seizures. *See also e.g.* Lucas G. Paglia & Mark A. Rush, *End Game: The Ex Parte Seizure Process and the Battle Against Bootleggers*, 4 VAND. J. ENT. L. & PRAC. 4, 5 (2002) ("If apprised in advance of a pending motion for injunction, counterfeiters invariably leave with their illicit merchandise and either relocate to a venue beyond the jurisdiction of the court or simply wait until their pursuers have abandoned the cause before restarting their illegal businesses."); Steven N. Baker and Matthew Lee Fesak, *Who Cares About the Counterfeiters? How the Fight Against Counterfeiting Has Become an In Rem Process*, 83 St. John's Law Review 735 (2009), ("Counterfeiters . . . would often destroy any counterfeit goods in their possession the moment they were placed on notice of legal proceedings[,]") available at https://scholarship.law.stjohns.edu/cgi/viewcontent.cgi?article=1053&context=lawreview.

26)     Based on my first-hand knowledge of similar cases I have prosecuted, the overwhelming majority of the defendants in these cases are able to be successfully served with process and other documents via the email addresses on file with the Marketplaces and/or through the Marketplaces' built-in messaging systems. Generally, almost immediately after being served electronically via either of those two methods, the majority of the defendants contact us either directly or through counsel to try to settle the lawsuit.

27)     Additionally, the Marketplaces themselves advise the defendants of the lawsuit, temporary restraining order, and asset freeze when removing the offending product listings. Thus, even in the rare instances when one of our formal service emails is returned as "undeliverable," we are confident that the defendant at issue has received notice of the lawsuit and Court orders.  Indeed, we are often contacted by the defendant or his/her counsel to try to resolve the dispute.

28)     The above demonstrates that the most effective and reliable way to communicate with these defendants is electronically, via the email addresses on file with the Marketplaces and/or through the Marketplaces themselves.

I declare under penalty of perjury that the foregoing is true and correct, and that I signed this Declaration on the date set forth below.


_____

Jeffrey B. Sladkus
Ga. Bar No. 651220

Date: January 20, 2023.

Exhibit 1

3/23/2021    Emergency removal! The new brand Big Green Egg is secretly frozen, please cash it out as soon as possible! - SellerDefense

Case 1:23-cv-00298-TWT Document 4-3 Filed 01/20/23 Page 15 of 59

.wpb_animate_when_almost_visible {opacity: 1;}

 SellerDefense

**List of cases**      **Brand Library**      **Case representation**

**Law Firm Information**      **Trademark registration**

**common problem**      **other**

# EMERGENCY REMOVAL! THE NEW BRAND BIG GREEN EGG IS SECRETLY FROZEN, PLEASE CASH IT OUT AS SOON AS POSSIBLE!

Home page  /  SLADKUS  /  Emergency removal! …

Post Views:   405

New brand! Some AliExpress sellers reported that they received the TRO temporary freezing order from THE SLADKUS LAW GROUP. The case number is displayed as 20-cv-4757, but there is no brand-related information.

Another hidden case began to freeze, but SellerDefense deduced from the seller's complained product pictures that it was the brand **Big Green Egg** . We gave you a warning as early as the end of last year!

(Review in the past: The hidden case has begun to freeze, and a new brand infringement warning is attached. Hurry up and remove it and withdraw it in time! )

## Case parameters

Case No.: 20-cv-4757

Time of Prosecution: 2020/11/20

Freeze Time: Around 2021/3/18

Plaintiff Company: The Big Green Egg, Inc

Acting Law Firm: THE SLADKUS LAW GROUP

Case 1:23-cv-00298-TWT Document 4-3 Filed 01/20/23 Page 16 of 59

There was almost four months between the prosecution and the freezing of this case, and it had been in a hidden state before, without knowing any information.

## Big Green Egg

It mainly involves a series of barbecue-related products, such as barbecue racks, lighting equipment used for barbecues, and special barbecue gloves.

Official website: https://biggreenegg.com/

# Latest and Greatest

  



### EGGspander 5 Piece Kit for Large EGG

★ ★ ★ ★ ★  7 reviews

**SKU:** 120762

**FIND A DEALER**

## Trademark

The word mark Big Green Egg has a large number of registered categories, and even includes 025 auxiliary shoes and hats:

# BIG GREEN EGG

| | |
|---|---|
| **Word Mark** | BIG GREEN EGG |
| **Goods and Services** | IC 011. US 013 021 023 024 031 034. G & S: Covers for barbecue smokers and grills; cooking grids for barbecue smokers and grills; cooking for lighting propane grills, fireplaces and candles; stands, tables and frames for barbecue smokers and grills; carriers for barbecue smokers an pan for barbecue grills and smokers; cooking grates adapted for barbecue smokers and grills. FIRST USE: 20030000. FIRST USE IN COMMI |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: Cook books. FIRST USE: 20100100. FIRST USE IN COMMERCE: 20100100 |
| | IC 020. US 002 013 022 025 032 050. G & S: Inflatable figures for use as indoor or outdoor decoration; inflatable publicity objects. FIRST USE |
| | IC 021. US 002 013 023 029 030 033 040 050. G & S: Barbecue mitts and gloves; kitchen mitts and gloves; oven mitts and gloves; pots pans basting brushes, racks, cooking skewers, grid cleaners, ash tools, grill brushes, extenders, plate setters, baking stones, corn holders, meat ro barbecue grills. FIRST USE: 20030000. FIRST USE IN COMMERCE: 20030000 |
| | IC 024. US 042 050. G & S: Towels; banners and flags of textile; plastic banners; vinyl banners. FIRST USE: 20030000. FIRST USE IN COMI |
| | IC 025. US 022 039. G & S: Aprons; clothing, namely, shirts, t-shirts, baby onesies, baby bodysuits, vests, pullovers, hoodies, sweatshirts; hea |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90342981 |
| **Filing Date** | November 25, 2020 |
| **Current Basis** | 1A |
| **Original Filing D** | 1A |

Brand Logo pattern:



| | |
|---|---|
| **Word Mark** | BIG GREEN EGG |
| **Goods and Services** | IC 011. US 013 021 023 031 034. G & S: Barbecue smokers and grills. FIRST USE: 20110300. FIRST USE IN COMMERCE: |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 13.03.01 - Barbecue grills ; Grills, barbeque ; Hibachi |
| **Serial Number** | 85258049 |
| **Filing Date** | March 4, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 9, 2012 |
| **Registration Number** | 4263121 |
| **International Registration Number** | 1305379 |
| **Registration Date** | December 25, 2012 |
| **Owner** | (REGISTRANT) The Big Green Egg, Inc. CORPORATION GEORGIA 3786 DeKalb Tech Parkway Atlanta GEORGIA 30340 |
| **Attorney of Record** | Dana A. Schwind |
| **Prior Registrations** | 2627587;3046614 |
| **Description of Mark** | The color(s) green, black, brown, gray, beige and white is/are claimed as a feature of the mark. The mark consists of the wor top portion, gray is on the label at the bottom and beige and white are on the inside of the grill. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |



| Goods and Services | IC 011. US 013 021 023 031 034. G & S: barbecue smokers and grills. FIRST USE: 19740000. FIRST USE IN COMMERCE: 197 |
|---|---|
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Search Code | 13.03.01 - Barbeque grills ; Grills, barbeque ; Hibachi<br>29.02.06 - Green (single color used for the entire goods/services) |
| Serial Number | 86489386 |
| Filing Date | December 23, 2014 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 29, 2015 |
| Registration Number | 4917107 |
| Registration Date | March 15, 2016 |
| Owner | (REGISTRANT) The Big Green Egg, Inc. CORPORATION GEORGIA 3786 DeKalb Tech Parkway Atlanta GEORGIA 30340 |
| Attorney of Record | Dana A. Schwind |
| Description of Mark | The color(s) green is/are claimed as a feature of the mark. The mark consists of the color green applied to a three dimensional co<br>indicate placement of the mark on the goods and are not part of the mark. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL-2(F) |
| Live/Dead Indicator | LIVE |

All other word marks registered by the plaintiff's company cannot be used directly:

| | Serial Number | Reg. Number | Word Mark |
|---|---|---|---|
| 1 | 90342981 | | BIG GREEN EGG |
| 2 | 88928189 | | GRILLERTAINMENT |
| 3 | 88876501 | | SPEEDICLEAN |
| 4 | 87062622 | 5944432 | EXPERIENCE A WORLD OF FLAVOR |
| 5 | 87017587 | 5944421 | OPEN A WORLD OF FLAVOR |
| 6 | 86253434 | 4737783 | NEST |
| 7 | 86180596 | 4596813 | EGGZILLA |
| 8 | 86890091 | 5088364 | KULINARY KAMADO |
| 9 | 86822842 | 5051309 | COMFORT TIE |
| 10 | 86765649 | 5024078 | EGGMITT |
| 11 | 86691073 | 5050932 | EGGNITER |
| 12 | 86524219 | 5013740 | THE ULTIMATE GRILLING EXPERIENCE |
| 13 | 86489386 | 4917107 | |
| 14 | 86335511 | 4902538 | MINIMAXEGG |
| 15 | 86253427 | 4628797 | EGG MATES |
| 16 | 86225623 | 5218824 | LITTLE GREEN EGG |
| 17 | 86179997 | 4683788 | CONVEGGTOR |
| 18 | 86179504 | 4818744 | SPEEDILIGHT |
| 19 | 86179479 | 5319766 | MINIMAX |
| 20 | 85108979 | 4037333 | BIG GREEN EGG |
| 21 | 85655703 | 4290311 | DIZZY GOURMET |
| 22 | 85601074 | 4253694 | PREPARE TO GET HUNGRY |
| 23 | 85290209 | 4145282 | EGGCESSORIES |
| 24 | 85290055 | 4259981 | EGGHEAD |
| 25 | 85290034 | 4488807 | EGGSPERT |
| 26 | 85290013 | 4141337 | EGGFEST |
| 27 | 85289060 | 4038719 | EGGCELERATOR |
| 28 | 85258071 | 4283494 | THE ULTIMATE COOKING EXPERIENCE |
| 29 | 85258049 | 4263121 | BIG GREEN EGG |
| 30 | 76207416 | 2627587 | BIG GREEN EGG |

## Examples of publication

If the blouse on the outside of the grill uses a trademark, it is considered an infringement. As long as it is a barbecue peripheral product, be very vigilant!

Emergency removal of the new brand big green egg is seriously frustrated. Please identify it as soon as possible – SellerDefense



Click image to open expanded view



Cover for Large Big Green Egg, Heavy Duty Ceramic Grill Cover – Premium Outdoor Grill Cover with Durable and Water Resistant Fabric

Amazon's Choice  for "big green egg cover"

Price: **$19.99** & FREE Returns

Get $50 off instantly: Pay $0.00 ~~$19.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Size: **Large**

| Large | X-Large |

Color: **Green**

- COVER FOR LARGE BIG GREEN EGG: Fits grill 22" diameter with fold down side tables, 40" high (Large Big Green Egg, Kamado Joe Classic and others)

Recently, Dunhuang.com's Brand Intellectual Property Protection Announcement has listed several new brands. Among them are Harry Potter's hot IPs. The others in the table have been prosecuted by Real Hammer. The special hazard department is also super high:

Emergency! Overseas e-commerce brand infringement is secretly frozen, please contact us as soon as possible - SellerDefense

| 品牌 | 图形商标 | 版权/专利 | 知识产权类型 | 产品类型 | 产品举例 |
|---|---|---|---|---|---|
| SPIDERCAPO | SPIDERCAPO | —— | 商标 | 乐器 |  |
| POCOYO |  |  | 商标、版权 | 服装、玩具等 |  |
| STUSSY | STUSSY　STUSSY LIVIN'　INTERNATIONAL STUSSY TRIBE | —— | 商标 | 服装、鞋帽、配饰等 |  |
| BRIGHT BUGZ | BRIGHT BUGZ |  | 商标、版权 | 玩具、电子产品等 |  |
| Masha and The Bear | MASHA AND THE BEAR |  | 商标、版权 | 玩具、服装、鞋包、母婴配饰等 |  |
| Harry Potter | HARRY POTTER |  | 商标、版权 | 服装、家居、母婴配饰、珠宝等 |  |

## contact us

You can join the SellerDefense group discussion: QQ 16 group: 721813793. (If you **have already added other groups, you don't need to add them again** )

Or visit our official SellerDefense website for the latest news: https://sellerdefense.cn/

SellerDefense US trademark registration, the lowest price in the market, please contact us if you need brand registration!

Sellers who have been frozen are welcome to contact us as soon as possible, with over 8,000 case handling experience, long press and identify the QR code below to add friends. We will provide the most professional **free** consulting services in all aspects for different cases .



**SellerDefense和解代理**

专业：成功处理超8000起案件

快速：资料当天递交，消息当天回复

高性价比：取回比例+律师费市场最优

长按二维码关注

## Related Posts:

1. **Madden! Super celebrity Marilyn Monroe Marilyn Monroe product debut case, the name can not be touched! (There is a list)**

Category: SLADKUS　Zoey　March 18, 2021　comment

label: [ big green egg ]　[ sladkus ]



**Author: Zoey**

---

HISTORICAL ARTICLES

**New brand! These popular games and toy products are frozen and will be removed soon! (There is a list)**

FUTURE ARTICLES

**urgent! Holmes SHERLOCK HOLMES series products please hurry off the shelves, a large number of sellers have been frozen!**

---

3/23/2021    Emergency! Similar to the new brand logo, infringement is easily frozen! Please do not act as scapegoat! - SellerDefense

Case 1:23-cv-00298-TWT Document 4-3 Filed 01/20/23 Page 23 of 59

## Related Posts



Madden! Super celebrity Marilyn Monroe Marilyn Monroe product debut case, the name can not be touched! (There is a list)

March 1, 2021



urgent! Elvis Presley is represented! It has started to freeze! Attached is a list of 372 defendant shops

February 18, 2021

## Comment

Your email address will not be published * is a required field

> comment

> Name*

> e-mail*

> Website

☐ Save my name, email, and website in this browser for the next time I comment.

**submit comments**

☐

Type and press Enter...



SellerDefense WeChat Official Account



U.S. law firm case settlement agent



Infringement knowledge video lecture

GBC agent brand complete video lecture



QQ 1 group: 295380184 (full)

QQ 2 group: 672085077 (full)

QQ 3 group: 866864037 (full)

QQ 6 group: 613979161 (full)

QQ 8 group: 781447834 (full)

QQ 10 group: 812058032 (Full)

QQ 12 group: 852478737 (full)

QQ 15 group: 789733094 (full)

QQ16 group: 721813793

WeChat: dearzhi2019

WeChat public account: SellerDefense

## Law Firm Agent Brand

GBC Agency Brands

Keith Agency Brands

EPS Agency Brands

David Agent Brand Collection

## Useful links

How can cross-border sellers reduce the risk of being sued for infringement

AliExpress Intellectual Property Zone

Dunhuang Net Intellectual Property Zone

Emergency removal, 98 new brand logo earnings is secretly frozen, please contact as soon as possible! - SellerDefense

Ebay VERO

How to search for a US trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

---

## Categories

Baker

David

EPS

FERENCE

GBC

GulbransenLaw

HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

SKGF

SLADKUS

SMG

SpencePC

Uncategorized

Other law firms

SellerDefense.cn 2017-2018

Shanghai ICP No. 13015943-1

Shanghai Public Network Security No.
31011502012751

.wpb_animate_when_almost_visible {opacity: 1;}



List of cases     Brand Library     Case representation

Law Firm Information     Trademark registration

common problem    other

# URGENT! ELVIS PRESLEY IS REPRESENTED! IT HAS STARTED TO FREEZE! ATTACHED IS A LIST OF 372 DEFENDANT SHOPS

Home page  /  SLADKUS  /  urgent! Elvis...

Post Views: 781

Good luck everyone! Today reported Joom sellers account being sued, the plaintiff law firms are Georgia **SLADKUS** , the brand is **Elvis** related trademarks, the following message is to freeze the seller received:

**From:** Joom Team
**Date:** 2021-02-17, 16:23:32
**Subject:** 您的Joom账户内资金被冻结



亲爱的卖家，您好！

Joom收到法院命令。**根据该命令，❗Joom将暂停向您放款，且需要向法院提供您的信息。**

请注意：法院命令被撤销后，Joom才能对您恢复放款。

您可以与原告代表Kim Dang联系，联系方式✉️：

kim@sladlaw.com

请查看附件知晓更多详情。

祝好！
Joom团队

📎 ELVIS001 - Defendant Seller and Store List to JOOM.xlsx
📎 0010 - ORDER GRANTED- Plaintiffs Motion for Ex Parte Temporary Restraining Order Asset Freeze Order and Order to Show Cause (1).pdf

# Case parameters

**Case No.: 21-cv-618**

**Time of Prosecution: 2021/2/12**

**Plaintiff: ABG EPE IP, LLC**

**Brand: Elvis Presley and other trademarks**

**Plaintiff Law Firm: THE SLADKUS LAW GROUP**

**Place of indictment: GEORGIA, Georgia**

# Brand mark

Elvis Presley (January 8, 1935-August 16, 1977), was born in Tupelo, Mississippi, USA, an American rock singer and actor.



The plaintiff **ABG EPE IP, LLC** purchased all the IP assets of Elvis Presley on November 18, 2013. The following are some of the Elvis-related trademarks listed in the complaint, including ALL SHOOK UP, BLUE HAWAII, BLUE SUEDE, ELVIS, ELVIS PRESLEY, etc. .

| Mark | U.S. Federal Reg. Nos. |
|---|---|
| ALL SHOOK UP | 3718615 |
| BLUE HAWAII | 3866674 |
| BLUE SUEDE | 3145462 |
| ELV1S | 2808601 |
| ELVIS | 3386025 |
| ELVIS | 3554763 |
| ELVIS | 1265579 |
| ELVIS PRESLEY | 1342551 |
| ELVIS PRESLEY | 1674265 |
| JAILHOUSE ROCK | 3821600 |
| KING OF ROCK N ROLL | 2158251 |
| LOVE ME TENDER | 3747631 |

## Defendant list

This time there are 372 defendant stores, involving multiple platforms. At present, Joom defendant stores have been frozen, and other platforms have not yet received seller reports.

| | |
|---|---|
| 15205060710 | liuwenweng |
| 055GJ | liuzhengshop |
| 1995storeshop | lixiashop0910 |
| 2011 fashion clothes | lixinyushop |
| 2015superstore | LiyiMeet |
| 2016 Christmas store | LMJShoping |
| 2016*happystore | Longxiang water pressure pump |
| 2016christmas | Lori Bautch |
| 2016superstore | LotusApparel |
| 2017 liu xi fashion store | lulingfandandedianpu |
| 2017 World First T-shirt | luojinlian |
| 2017discount store | luotingtingde |
| 2017happystore | lusanxianshe |
| 2018happyshop | lxy1 |
| 2019 ann store | LXYyun |
| 2019tukago | mafangqi8280 |
| 2019zhenggangstore | mage666 |
| 7th Avenue Costumes | mailshoop |
| A858AW | MaiYU Textiles |
| AAQQQ | malei4636 |
| AB phonecase | maofucui552 |
| AD phone case | maolei4150 |
| ADesigner | Meet love life you |
| aiepbmshop | meimeistore2018 |
| alian | meixuei |
| amumudepuzi | memgmengzezestore |
| amusing T-shirt | meng1314 |
| Angel love Beauty | miaoSolitude |
| atong1 | Michelle188 |
| autoroad | migu5414 |
| baokuan666 | MINGHUXU64 |
| baokuangde changp | musekore |
| baotianrui | My Goods |
| BaoYu Xu | Naierxiang |
| baoyuhaosd | neineiguanmin |
| BBVNOD JJFSAAQ Fashion women's clothing store | Nicegifts |
| BBVV565W | ningxiax |
| Bella Payne54 | niyongzheng88017 |
| Benfensy Sticker | NomNom168 |
| Bishop Lew | Old Glory |
| BoDhitreestore | orangered |
| brian thielei | Orientaljewelrygiftshop |
| Buruqi Inner | OSP |
| Buxom gifts store | otjkidrdsf |
| Buyanqiqi | ouqu334 plaza |
| caofengying | panyiming7562 |
| ccf7 | parmacist |
| chanchanstore | peitrod |
| CHENGPINGGE | personalizationpillowcase |
| chenlichao123321 | Pickering12 |

| | |
|---|---|
| chenmeie686899 | Pickering51 |
| chenmeifang8897 | pillowcase01 |
| Chen's Superstore | piprintondemand |
| chenshimei973043 | PleasingShopping |
| chenyaqi3320 | Pleasureo |
| chychenhaiyan | PPIIG FJJQF XOP WOMAN CUTE WEARING |
| Cloeyrfuy Gifts | pushitingji |
| CLOOCL Store | QH1 Store |
| Cloudy and sunny | QH4JM Store |
| Colin Fashion Store | Qiangzhixinjutup |
| Colourful diamond | qianyu fashion |
| coolshoe | Qidong Haohuo |
| D4A*908-4F31 | qin fashion world |
| d4g5g55 | renchaoL |
| D5D5F5 | Revolution T-Shirts |
| daijieljl | rewoix |
| DARBYJOAN STORE | Rodriguez784 |
| dd6d6d65 | Roger Robles |
| deepblue | rushifuzhuang |
| DeepDiscount | S&S House |
| DeepDiscountIntl | sadfasdf54624 |
| Dennie | Sago |
| Diamond Painting Store-FZ02 | sellerswindows market |
| Diamond Painting Store-FZ03 | sguumb |
| dizuiziling | shanghailuyun |
| Dobby | Shannle |
| doiyanx6666 | shenbaoyueshop |
| dorrismillspham14 | ShenZhen ShunZhen Plastic Hardware Co. |
| douliming5558 | Ltd |
| dream15 | shenzhenshiyixinghetouzifazhanyouxiangongsi,shijianzhilv |
| Drizzle home textile | shiqijia |
| Duiruzhao | shiqin |
| Ebros Gift | shishangzhuguoji |
| echosky | SHUOSI Diamond painting |
| emily-pillow cover shop | sieofoerp |
| Ephonecase | siponiang |
| Eve Gentle | Sky-travel |
| Even play also have to play professional | SlickBlue_ |
| familys | slyzcl1314 |
| Fang2020 | smlay Store |
| fanmudan662961 | Smug |
| fashion min | Special department store supermarket |
| Fashion shop 2016 | Sportlover Apparel Store |
| fashiongirl7 | STHG |
| Fashionyourway | Stylejewelrys |
| fdhfgjj678 | sunshine-cheongsam |
| fdsfgfdssa | sunxinglin |
| Feiyingjihhua | Supermen Store |
| Fine Living | Swite yang |
| Flying Bee Store | tantan1624 |

| | |
|---|---|
| Fphonecase | Teeshow |
| fr5gg55 | tenghaiyuan |
| Fun Store2 | trfghfgdgd |
| funly club | tylg |
| gaodongyu['l | Unbeatablesale.com |
| gaoyan218417 | Vinyllife |
| GBmd | viyiez |
| GHGHJTKDREr | vkjfjgkf |
| Good friend trade | vqwg82shop |
| guanjingfengdi | WAN KE PERFET FREE |
| Guanpujingjiavß | Wangchikeai |
| GUANXY_521 | Wangdadashiwo |
| gugang | wangfajun6688 |
| Guodemin66058 | WANGHUAQIANG9988 |
| guoqiyu3 | wangjianting |
| h8239eed | wanglianjun1314 |
| HaiBo International Trade | wangqiudongli |
| hailun fashion | wangxinli668 |
| hanjuxiaoming | wanshou |
| HAOJIA STORE | Waou |
| Happy3 | weichonghua |
| HD PRINT_01 | wenyi fashion |
| hekai1224 | WGHZ Team |
| Hepeijuan5522 | whydiamondpicture |
| Heypug | wodmjf |
| HHH8886 | Wondlandy Magic |
| HHLY | WORLD FASHION 2021 |
| hmchmc | world_shopping |
| hohappyme | WR Gifts |
| HONG KONG WORTH INDUSTRIAL LIMITED | Wuchunping123 |
| Hongfaglassescity | wuhan001269 |
| HuaCan Diamond drawing | wuhanketenzhuangshi technology campany |
| huangjin fashion | WUjunL |
| huangjuan666666 | xgplkzfok |
| huanglingshopstate | XHJ12 |
| huangxiangstore | XHJ19 |
| huangxuerong654 | XHJ43 |
| huhu62 | Xia |
| hunxshihuanhuan | XIA_Store |
| hushuhuan1114 | xiaochen88888 |
| Ideacreationqw | xiaokeaizhu |
| im.yangyifa | xiaoliangge |
| In-ear Earphone Electronicsdianzimaoyi | xiaoqiaofeng |
| insertinSect | xingyu2387431659 |
| Jazz turtle | XinXinssupplies |
| jiafeng | xiupufudie |
| jianbingnewcolthesstore | xiuqiinbhao |
| jianglianyu789 | xtiantian |
| Jiharmony | xueqianpangdong |
| JING-Chinesestyle | xuexiaozhuang |

| | |
|---|---|
| jingjiewaimao | Xuezhiqing |
| jingpinjiaoyi | xuxiaoxia |
| Jinhuibao Shoes | xwmhdmt |
| Jiuying | yang1010 |
| JJHJGI JFALG WOMAN RED SHOP | yangguangqingqingxiaopu |
| jkkfgirl | yanglisan |
| Joe Marquez | yanigjidusxl |
| junhua9333 | yf0423 |
| k8k82 | YH52 Store |
| Kashif Alamdar | yh971224 |
| KEWLLMUOIKQTM | YHONGJ |
| kkcdzdcn | yifu wholesale store |
| kkwwty4 | Yihao trading |
| KlovaPhotos | yinxi11983 |
| KryptoKollectibles | YQclothes |
| L&P store01 | Yuan yufang world |
| L5L5L56 | yueke |
| ladoew | yuelweistore |
| Lafa | YuGoshone |
| laiyonglin888,Lamp decoration of shang Jia Yi | yushuang1212 |
| lansitute | YWHL09 |
| lfanswer | z66z5 |
| liaqiduyue | zhangdafeng |
| lichunxiang0121 | zhangjieliul |
| lidan7321 | zhangshishigood |
| Lidermiss Yunshan Fast | Zhangtaidian |
| lihuajian6902 | zhangyiminga |
| LiLangfushi | zhaochangfei |
| liminminli | zhenglongteng |
| Lingchen Store | ZHENGQINGSHAN120 |
| lingjundexiaodian | Zhezheknittingshop |
| linshujiao | zhoujunjunjiejie |
| liqingngka9607 | zhushengmei, zhuyingjieshop |
| liuchunchuang | zoucuiwen8325 |
| liufenglian 123 | Zunjuexiaong |
| LiuSiqi1115 | zyh22 |

## Examples of publication

Searching for **Elvis** on various platforms can find many products related to Elvis:



**Elvis Presley** Face Cover Reusable Face Mouth Cover Decorations Bandanas Lightweight Scarf for Women and Men

Brand: ▇▇▇▇

★★★★☆ ⌄   183 ratings

Price: **$11.99** & FREE Returns

Get $50 off instantly: Pay $0.00 $11.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Material:100% Polyester.
- Size: One Size Which Fits Most Men And Women Comfortably With Excellent Close Fit.
- Breathable And Smooth: Curved Fit Under Chin For Comfortable Non-Binding Feel, Soft Material For Comfortable Long Term Wear.
- Ideal For Everyday Use: Indoor/Outdoor, Great For Essential Workers, Can Be Utilized While Traveling, Running Errands, Attending Grooming Appointments, Etc.
- Perfect Gift: It Is Ideal For Cycling, Running, Woodworking, And Other Outdoor Activities. The Best Holiday Gift For Family, Friends And Colleagues. Bet They'Ll Love It!

Compare with similar items

New (2) from $11.99 & FREE Shipping on orders over $25.00

⊘ Report incorrect product information.

## Overview    Related




Elvis Presley (Elvis) double-sided pattern pillowcase sofa home decoration car office supplies outdoor supplies cushion (45cm-45cm)

★★★★½ (1504 reviews)

**$3.82** ✔

Size:

Select Size ▾

04:29 Instant offer: Add to cart right now to unlock a lower price!

**Buy**

♡ Add to Wishlist



**New Fashion Women/Men Rock Singer Elvis Presley 3D Print Casual T-Shirt E52**

| | |
|---|---|
| Condition: | New without tags |
| | "Attention! The Asian size is usually smaller 2-3 than UK size,so please check the measuring" ... Read more |
| Size: | - Select - |
| Colour: | - Select - |
| Quantity: | 1        Last one / 236 sold |
| Price: | **GBP 6.99**    **Buy It Now** |
| | Approximately RMB 62.35    **Add to cart** |
| | ➕ Add to Watchlist |

| 100% buyer satisfaction | 236 sold | More than 64% sold |
|---|---|---|

| | |
|---|---|
| Shipping: | GBP 1.00 (approx. RMB 8.92)  Standard SpeedPAK from China/Hong Kong/Taiwan | See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Item location: shenzhen, China |
| | Ships to: Worldwide  See exclusions |
| Delivery: | Estimated between Tue. Apr. 13 and Thu. Apr. 29 |
| | Seller ships within 30 days after receiving cleared payment. ⓘ |



## Case analysis

The plaintiff's law firm is THE SLADKUS LAW GROUP in Georgia, USA. This law firm has represented many brands, including Moncler, Dominique Wilkins DOMINIQUE WILKINS, HARRINGTON, etc.

This law firm sees the settlement of frozen amounts and sales of infringing products. The difficulty of settlement is slightly easier than that of GBC.

Everyone, check whether your shop is on the defendant list? If you need to pay close attention to arranging withdrawals and other operations, you should also check whether you are selling Elvis products and whether you have sold Elvis related products? Take countermeasures. If you have any questions or want to know about first-hand infringement consultation, please add the post and WeChat at the end.

## contact us

For more first-hand news, you can follow our official Douyin account, save the picture, open the Douyin APP and scan the QR code to follow us. We will share some of the latest, most comprehensive and fastest news about intellectual property on Douyin.

3/23/2021     Illegal!! We Avengers are represented!! Counterattack! Amazon counterfeit 32 defendants Snoopy SellerDefense

Case 1:23-cv-00298-TWT Document 4-2 Filed 01/20/23 Page 37 of 59



# SellerDefense

我们的口号是分享、防御、互助，我们致力于为卖家的跨境电商生意保驾护航!

使用最新版抖音扫码，关注@SellerDefense

---

You can join the SellerDefense group discussion: QQ 16 group: 721813793. (If you **have already added other groups, you don't need to add them again** )

Or visit our official SellerDefense website for the latest news: https://sellerdefense.cn/

SellerDefense US trademark registration, the lowest price in the market, please contact us if you need brand registration!

Sellers who have been frozen are welcome to contact us as soon as possible, with over 8,000 case handling experience, long press and identify the QR code below to add friends. We will provide the most professional **free** consulting services in all aspects for different cases .



# SellerDefense和解代理

专业：成功处理超8000起案件

快速：资料当天递交，消息当天回复

高性价比：取回比例+律师费市场最优

长按二维码关注

The new brand! The first case of representing weed snatcher. Articles are freezing, quickly remove Sladkus IP Defense

No related posts.

Category:  SLADKUS    admin    February 18, 2021    comment



**Author:  ADMIN**

---

HISTORICAL ARTICLES

**New brand! The first case of Weed Snatcher weeder, the picture is copyrighted, and it hasn't been frozen, quickly remove it!**

FUTURE ARTICLES

**The new brands POCOYO XiaoP Youyou and DRAIN WEASEL pipe dredging tools were represented by Keith and Keener law firms, respectively, and began to freeze. Emergency removal!**

---

# Related Posts



Emergency removal! The new brand Big Green Egg is secretly frozen, please cash it out as soon as possible!

March 18, 2021



Madden! Super celebrity Marilyn Monroe Marilyn Monroe product debut case, the name can not be touched! (There is a list)

March 1, 2021

---

# Comment

Your email address will not be published * is a required field

```
comment
```

```
Name*
```

```
e-mail*
```

```
Website
```

☐ Save my name, email, and website in this browser for the next time I comment.

**submit comments**

```
Type and press Enter...                                    ☐
```

SellerDefense WeChat Official Account



U.S. law firm case settlement agent



Infringement knowledge video lecture



GBC agent brand complete video lecture



QQ 1 group: 295380184 (full)

QQ 2 group: 672085077 (full)

QQ 3 group: 866864037 (full)

QQ 6 group: 613979161 (full)

QQ 8 group: 781447834 (full)

QQ 10 group: 812058032 (Full)

QQ 12 group: 852478737 (full)

QQ 15 group: 789733094 (full)

QQ16 group: 721813793

WeChat: dearzhi2019

WeChat public account: SellerDefense

## Law Firm Agent Brand

GBC Agency Brands

Keith Agency Brands

EPS Agency Brands

David Agent Brand Collection

## Useful links

How can cross-border sellers reduce the risk of being sued for infringement

AliExpress Intellectual Property Zone

Dunhuang Net Intellectual Property Zone

Ebay VERO

How to search for a US trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

## Categories

Baker

David

EPS

FERENCE

GBC

GulbransenLaw

HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

SKGF

SLADKUS

SMG

SpencePC

Uncategorized

Other law firms

SellerDefense.cn 2017-2018

Shanghai ICP No. 13015943-1

Shanghai Public Network Security No. 31011502012751

3/23/2021 Madden! Super celebrity Marilyn Monroe Marilyn Monroe product debut case, the name can not be touched! (There is a list) - SellerDefense

Case 1:23-cv-00298-TWT Document 4-3 Filed 01/20/23 Page 43 of 59

.wpb_animate_when_almost_visible {opacity: 1;}



List of cases      Brand Library      Case representation

Law Firm Information      Trademark registration

common problem      other

# MADDEN! SUPER CELEBRITY MARILYN MONROE MARILYN MONROE PRODUCT DEBUT CASE, THE NAME CAN NOT BE TOUCHED! (THERE IS A LIST)

Home page / SLADKUS / Madden! super…

Post Views: 824

After Einstein, Stan Lee and many other celebrities were represented by major law firms, THE SLADKUS LAW GROUP even directly won the agency rights of **Marilyn Monroe and Marilyn Monroe** related products, the first sudden case!

Hundreds of seller accounts were prosecuted in this case, and it is very likely that the case will be filed in the future. It hasn't started to freeze, please hurry up and check if there are similar products and remove them quickly!

## Case parameters

**Case No.: 21-cv-788**
**Time of Prosecution: 2021/2/24**
**Plaintiff Product: Marilyn Monroe Marilyn Monroe**
**Plaintiff Company: The Estate of Marilyn Monroe, LLC**
**Acting Law Firm: THE SLADKUS LAW GROUP**
**Prosecution Place: Georgia**

## Marilyn Monroe Marilyn Monroe

Marilyn Monroe was an actress, model, and singer. By the time she died in 1962, the total box office of the movie was approximately $200 million. Subsequently, the American Film Institute listed her as a screen legend in American film history.

The plaintiff company The Estate of Marilyn Monroe, LLC owns the intellectual property rights related to Marilyn Monroe, including trademark rights.

**Trademark:**

The main mention in the complaint is Marilyn Monroe's related word mark. It is not clear whether the image copyright will be captured at present, but it is best not to touch the related products.

The word marks Marilyn Monroe, M Monroe, Marilyn, including handwritten signatures, cannot be used directly:



**MARILYN**

Reg. No. 4,040,943　　MM-ABG, LLC (DELAWARE LIMITED LIABILITY COMPANY)
　　　　　　　　　　　　100 WEST 33RD STREET, SUITE 1007
Registered Oct. 18, 2011　NEW YORK, NY 10001

Int. Cl.: 33　　　　　　FOR: WINES, IN CLASS 33 (U.S. CLS. 47 AND 49).

　　　　　　　　　　　　FIRST USE 0-0-1987; IN COMMERCE 0-0-1988.

**TRADEMARK**　　　　　THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
**PRINCIPAL REGISTER**　TICULAR FONT, STYLE, SIZE, OR COLOR.

　　　　　　　　　　　　OWNER OF U.S. REG. NO. 1,889,730.

　　　　　　　　　　　　THE NAME "MARILYN" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

　　　　　　　　　　　　SER. NO. 85-197,845, FILED 12-14-2010.

　　　　　　　　　　　　LAKEISHA LEWIS, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# Marilyn Monroe

**Reg. No. 4,527,088**

**Registered May 6, 2014**

**Int. Cls.: 16, 25, and 27**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE ESTATE OF MARILYN MONROE, LLC (DELAWARE LIMITED LIABILITY COMPANY)
100 WEST 33RD STREET, SUITE 1007
C/O AUTHENTIC BRANDS GROUP, LLC
NEW YORK, NY 10001

FOR: ADDRESS BOOKS AND DIARIES; DIARIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-1-2012; IN COMMERCE 7-1-2012.

FOR: BEACH FOOTWEAR; FOOTWEAR; FOOTWEAR FOR MEN AND WOMEN; FOOT-WEAR, NAMELY, PUMPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-2013; IN COMMERCE 5-1-2013.

FOR: CARPETS; CARPETS, RUGS, MATS AND MATTING, LINOLEUM FOR COVERING EXISTING FLOORS; VEHICLE CARPETS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009.

# United States of America

## United States Patent and Trademark Office

# MINI MARILYN

**Reg. No. 5,256,595**

**Registered Aug. 01, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

The Estate of Marilyn Monroe, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1411 Broadway, 4th Fl
New York, NY 10018

CLASS 25: clothing, namely, belts, blazers, blouses, body suits, bottoms, bras, coats, dresses, ear muffs, footwear, gloves, headwear, hosiery, jackets, jeans, fashion tops, sweatshirts, knit bottoms, knit tops, lingerie, loungewear, mittens, neckwear, pants, robes, scarves, shawls, shirts, shorts, skirts, sleepwear, socks, suits, sweaters, swimwear, t-shirts, tank tops, tops, tracksuits, underwear, vests; headgear, namely, hats and caps

FIRST USE 5-25-2017; IN COMMERCE 5-25-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2180950, 1889730, 1509758

SER. NO. 86-293,449, FILED 05-28-2014
TOBY ELLEN BULLOFF, EXAMINING ATTORNEY

Int. Cls.: 3, 14, 16, 25 and 28

Prior U.S. Cls.: 22, 26, 28, 37, 38, 39, 50 and 51

**United States Patent and Trademark Office**

Reg. No. 1,509,758
Registered Oct. 25, 1988

## TRADEMARK
### PRINCIPAL REGISTER

EXECUTOR OF THE ESTATE OF MARILYN
  MONROE, THE (NEW YORK ESTATE)
C/O AARON FROSCH, EXECUTOR
641 LEXINGTON AVENUE
NEW YORK, NY 10016

  FOR: PERFUME, IN CLASS 3 (U.S. CL. 51).
  FIRST USE 11–0–1983; IN COMMERCE
11–0–1983.
  FOR: WATCHES, IN CLASS 14 (U.S. CL. 28).
  FIRST USE 11–0–1983; IN COMMERCE
11–0–1983.
  FOR: CLOTHING PATTERNS, BALLPOINT
PENS, POSTERS AND GREETING CARDS, IN
CLASS 16 (U.S. CLS. 26, 37 AND 38).

  FIRST USE 12–0–1983; IN COMMERCE
12–0–1983.
  FOR: SLIPPERS, PANTIES, DRESSES AND
SWIMSUITS, IN CLASS 25 (U.S. CL. 39).
  FIRST USE 1–0–1983; IN COMMERCE
1–0–1983.
  FOR: PAPER DOLLS AND BALLOONS, IN
CLASS 28 (U.S. CLS. 22 AND 50).
  FIRST USE 11–0–1983; IN COMMERCE
11–0–1983.

  SER. NO. 633,842, FILED 12–4–1986.

HELEN ROBERTS WENDEL, EXAMINING AT-
TORNEY

The plaintiff company has registered the following word marks in total. In addition to the above-mentioned list, slogans like DIAMOND'S ARE A GIRL'S BEST FRIEND, A DIAMOND IS A GIRL'S BEST FRIEND should also be careful:

3/23/2021　　Seldelin corp level 2002, Marilyn Monroe Product line clamate product feed case 1 in 2 in/2/3 an nn r aged case of case - SellerDefense

Case 1:23-cv-00298-TWT Document 4-3 Filed 01/20/23 Page 48 of 59

|    | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|----|---------------|-------------|-----------|--------------|-----------|
| 1  | 88571095      |             | MARILYN MONROE | TSDR | LIVE |
| 2  | 88206712      |             | DIAMOND'S ARE A GIRL'S BEST FRIEND | TSDR | LIVE |
| 3  | 88379260      | 6211936     | MARILYN MONROE | TSDR | LIVE |
| 4  | 88953866      |             | MARILYN MONROE | TSDR | LIVE |
| 5  | 88737604      | 6100911     | MARILYN MONROE | TSDR | LIVE |
| 6  | 88379455      | 6025494     | MARILYN MONROE | TSDR | LIVE |
| 7  | 88159784      | 5928263     | MARILYN MONROE | TSDR | LIVE |
| 8  | 88158366      | 5928256     | MARILYN MONROE | TSDR | LIVE |
| 9  | 88117471      | 5928036     | MARILYN MONROE | TSDR | LIVE |
| 10 | 87470538      | 6262203     | MARILYN MONROE | TSDR | LIVE |
| 11 | 87755273      | 5978750     | MARILYN MONROE | TSDR | LIVE |
| 12 | 87667449      | 5956159     | MARILYN MONROE | TSDR | LIVE |
| 13 | 87878608      | 5616902     | M MONROE | TSDR | LIVE |
| 14 | 87254766      | 5367905     | ROYAL LEGEND BRAND | TSDR | LIVE |
| 15 | 86321904      | 4758794     | MARILYN MONROE | TSDR | LIVE |
| 16 | 86321877      | 4758793     | MARILYN MONROE | TSDR | LIVE |
| 17 | 86734837      | 5481423     | MARILYN MONROE | TSDR | LIVE |
| 18 | 86825012      | 5205677     | MARILYN MONROE | TSDR | LIVE |
| 19 | 86293449      | 5256595     | MINI MARILYN | TSDR | LIVE |
| 20 | 85326352      | 4743834     | MARILYN MONROE | TSDR | LIVE |
| 21 | 85197845      | 4848942     | MARILYN | TSDR | LIVE |

## Examples of publication

The infringement is obvious:



**Defendant list**

The information disclosed by the law firm is temporarily unclear on which platforms, but there are many defendants:

**THE ESTATE OF MARILYN MONROE LLC,**

*Plaintiff,*

v.

**123oilpainting, 2011 fashion clothes, 2015superstore, 2016 Christmas store, 2016*happystore, 2016superstore, 2016xuexuesuperstore, 2017 liu xi fashion store, 2017 World First T-shirt, 2017happystore, AAYYS SUSJJFMB Middle aged men's clothing shop, abbottpamula, accountant123, Acmfld, Aelfric Eden Store, aixiaodexiaochou, AK001, allan robbins, Andrea2897, Angel_ Suit Shop, anime picture wall painting, AppleTree Fashion Department Store Co., LTD, Aqeqwe, art_2017, asbhnidchj, baBoosmo, baiao, baijupingshop, baotianrui, Beauty Life Home Decor, beauty wholesaleshop, bgtyt, bianjingjingh, biaomei666, Big Different2344, bighomeshop, Binbinyouning, Bmlanche, bowuart, buchangyou1989, Cai Gen Traders, California Republic Clothes, CangNan Worth Arts and Crafts co.,ltd, canvas art home decor, caoxiaolingshop, Cathie cotton pads, chanchanstore, chanchanstore, chebiao, CHENCHEN01, cheng20hao, chensaixia2017, chenshan23517, chenshimei973043, chic crowd, Chong liu fushi, coolpudo520, cuipanxinlu, curipktuonfd, DaonashawenlYb, dasmol2017, Dattinghouseholddress,**

dearlover, dengtiantianshop, Diners doll house, DN-house, Dobby, douliming5558, dragoncontry, eef57kj, ellays, emily-pillow cover shop, Encounter Art, enjoy everything, erdfefg, Eric8099, Eternal Spring, f6f5f, fangjianglingshop, fanjjdd, Fashion shop 2016, FasyShop, Feiyingjihhua, fengguijieshop, FENZHENG0216, fewroewurewiorwe, Forest Demon, fpy98, ftahtianakanari, funnyshirts, fuyuwei, gaodongyu['l, gaoyamei, gaoyan218417, geyingguang98765, Gobbsilbi, goxx96, graphictopic, Greatest MOM Store, GRRGRT8, guoguomamayo, HaiBo International Trade, hangzhou wenlai co.,ltd, Hank Art, hanyunchao6689, hao5201314, happyevery daymorning123, hardfisted, hdhac, hepingyong, here with u, hgdhh445fj8g, Ho wenwen, holidayhome, Home of Fashion, hongjun758520, HongZhao Technology, Hua han li 1 A, hualushaa, huangxuezheng888, huhuijiashop, Hui Lei, huibadaoqiu, huihuibao, huxiaoliang289, huyipingping, HZL Gallery, JAFashion, Jazz turtle, jiahuandianzishangxing, jiaojiaojingjing, jiawanhao fashion, JICUIKE Technology Co., Ltd, jiejiaodezhufu, Jinba Men's Wear, jingyanshengying, Jinhuibao Shoes, Junjing69, Justin's Bridal, K8K8K8, ke72e, kenji29552851m, Kimberly Torregano, Kiss love for yourself, KlovaPhotos, kolesw, labilucky, lailai1238, LangmikuimUa, LARISSA CORONADO, lauralidesigns, leizhang special, Les_Tresors_de_Lily, LFL2017, LGH, lhshdks, li shuang an, liang_1, liaqiduyue, lie2019, lijinxian, linzi  Oil Painting, liqiaozhen123, Little Pumpkin, liuhaiyun, liurongxiu369369, lixiashop0910,

lixua, liyang111, liyaolong13, LiyiMeet,
liyuhao, Loka international, Loten foever
vatmans, Lucky charm studio, lufeii,
luofangmln123456, lusanxianshe, LXego,
lxlixianglx, LXYyun, Madison 1992, madison
shopping, mamengyao2017, maojun0402,
maqianshop, Marianny Aguilera, mattshop,
mawenbin521088, MCJewelry, meiyuart,
mengruixin1164, miaoSolitude, migu5414,
MIPAN9, mixi, MM Mall, Moment And Echo,
Mozlly, muyang-originally, My lucky home,
Mying interantional, myloverbaby,
nealeyricnpyha, nichengqqqw, Nuntachai,
NVIEHZ KDIG Daily department store,
NWQ, ofiuyqjmt, Old Glory,
Orientaljewelrygiftshop, PANDAYAQ,
peitrod, Posterazzi, print_for_you,
QINGQING888, qqnlv1shop, qwjovxshop,
rexiazuhay, rgfge, Richie Savino,
ridiculiseraien, rjlpvnshop, roberts32russell5,
rouroudejingxiwu, Ruler girl peg, ruowei,
rushifuzhuang, rutherfordcornelia7,
sadfasdf54624, safdgcx store, Sago, San Zi  E-
Commerce CoLtd, saokcu, sdaffdsakjhk,
SDFSADFSDF, sdm artshop, Serendipity N,
Shawn, shengjiafenghui, shenshiyan, shenzhen
morphic technology Co.,ltd,
shenzhenshiyixinghetouzifazhanyouxiangongsi,
Shieyousu cots, Shiny Home, showtimemylife,
Shuang Jie fuzhuang,
SHUIZHIDAOJIAOSHENMEMINGZI,
sieofoerp, since1872, SMD9shop, soogu,
Soulmatelv, Sportlover Apparel Store, SQY,
storem, streeshot, suhaiyanyan,
sundayshoppingfunny, sunshine-cheongsam,
super international co.,ltd, Swite yang, SX-
WL, tanw, tanxiaopu, TengxingjumA,

tianyuansuppermarket, Tijiaoer Skincare, Tingxuan shoping, Toma, Toni Cafer, Toynk Toys, TriSevenEntertainment, TroyPeteoTtG, Tyson electric specializes in, unicorninwax, Union Fashion, viyiez, Volvey Sanitary Ware Co., Ltd., vveetty, wangchuanji, wangjiawen8106, wangting6688, wangyulu1996, wanwanmaoyiyouxiangongsi, Waou, weige123, wellcomforworld, wo, women film, WORLD FASHION 2021, wqhhtdnbl, WR Fashion Gifts, wubinart, wuhan001269, wuhanketenzhuangshi technology campany, wwsstt, WZLTD, xiajing168168, xiaozhonqing, xichangguilin, xingna, xingzhenkun, Xinyu trade, xm2020, xuchengbin99966600, xuejun88, xueqianpangdong, XunYuStores, yan xiang store, yangbin827, Yanltd, yehaibin, yey7473shop, yf0423, ying-12032962, Yiwu Even Store, yiwushizhakenmaoyishangxing, yjltd, YongXiangArt, yqiktore, yueqimaoyiyouxiangongsi, Yueyouhe, YWART, ywcompeteyouth03, zcl Shop, ZenLife, Zero Creative, ZGDM, ZGGU, zhangpicks, zhangsan66057, Zhangtaidian, zhangting98098, zhangwen66058, zhangyomg12135, zhangyongmingshop, Zhe yu home decoration, zhenjian_print, zhongxiaomei, zhoujunjunjiejie, zhuqingqingshop, zhuxiaoting1988, ZKTOLEHROR, znltd, ZOOYADiamondEmbroideryOfficial, ZPJ-shop, zyltd, and ZZY Art Decor,

*Defendants.*

## Key summary

1) As Marilyn Monroe is well-known and has a wide variety of related peripheral products, the probability of directly using a person's name is still relatively large

2) Do not use the relevant text and pattern trademarks directly, especially the title of the publication; the image copyright complaint is temporarily not mentioned, and we will update it as soon as there is progress in the future.

3) The freezing has not started yet, it is estimated that it will be this month soon. But the list has been made public, you can check if you have your own shop

4) The law firm's settlement fee mainly depends on the frozen amount, which should start with at least US$1,000

## contact us

You can join the SellerDefense group discussion: QQ 16 group: 721813793. (If you **have already added other groups, you don't need to add them again** )

Or visit our official SellerDefense website for the latest news: https://sellerdefense.cn/

SellerDefense US trademark registration, the lowest price in the market, please contact us if you need brand registration!

Sellers who have been frozen are welcome to contact us as soon as possible, with over 8,000 case handling experience, long press and identify the QR code below to add friends. We will provide the most professional **free** consulting services in all aspects for different cases .



No related posts.

Category: SLADKUS    Zoey    March 1, 2021    comment

label:   | Marilyn Monroe |   | sladkus |

**Author: Zoey**

HISTORICAL ARTICLES

### note! This kind of tree of life pattern is copyrighted and infringes it if it is used! It's not frozen yet, hurry up and remove it!



FUTURE ARTICLES

### Gadgets sued 340 seller accounts! The freezing has begun, and the patents will be removed soon!



## Related Posts

Emergency removal! The new brand Big Green Egg is secretly frozen, please cash it out as soon as possible!

March 18, 2021

urgent! Elvis Presley is represented! It has started to freeze! Attached is a list of 372 defendant shops

February 18, 2021

## Comment

Your email address will not be published * is a required field

comment

Name*

e-mail*

Type and press Enter... ☐

☐ Save my name, email, and website in this browser for the next time I comment.

submit comments

SellerDefense WeChat Official Account



U.S. law firm case settlement agent

Infringement knowledge video lecture



GBC agent brand complete video lecture



QQ 1 group: 295380184 (full)

QQ 2 group: 672085077 (full)

QQ 3 group: 866864037 (full)

QQ 6 group: 613979161 (full)

QQ 8 group: 781447834 (full)

QQ 10 group: 812058032 (Full)

QQ 12 group: 852478737 (full)

QQ 15 group: 789733094 (full)

QQ16 group: 721813793

WeChat: dearzhi2019

WeChat public account: SellerDefense

## Law Firm Agent Brand

GBC Agency Brands

Keith Agency Brands

EPS Agency Brands

David Agent Brand Collection

---

## Useful links

How can cross-border sellers reduce the risk of being sued for infringement

AliExpress Intellectual Property Zone

Dunhuang Net Intellectual Property Zone

Ebay VERO

How to search for a US trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

---

## Categories

Baker

David

EPS

FERENCE

GBC

GulbransenLaw

HSP

Johnson&Pham LLP

Keener

KEITH

LOEB

SKGF

SLADKUS

SMG

SpencePC

Uncategorized

Other law firms

SellerDefense.cn 2017-2018

Shanghai ICP No. 13015943-1

Shanghai Public Network Security No.
31011502012751