IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC.,** *Plaintiffs*, v. **Abdullah Store GAJAL, et al.,** *Defendants.* | Civil Action No. |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff University of Georgia Athletic Association, Inc. ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure, the Court's Local Rules, and Northern District of Georgia Standing Order 19-01, hereby respectfully moves for entry of an Order granting Plaintiff leave to file the Summonses, Complaint, Motion for *Ex Parte* Temporary Restraining Order and Asset Freeze Order, Motion for Authorization to Serve Process on Defendants by Electronic Means, supporting memoranda, supporting declarations, supporting exhibits, and proposed orders under seal.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and Declaration of Jeffrey B. Sladkus, filed concurrently herewith. A proposed order is also attached for the Court's convenience.

Dated: January 20, 2023.

                                     Respectfully submitted,
                                     THE SLADKUS LAW GROUP

                                     *s/ Carrie A. Hanlon*
                                     Carrie A. Hanlon
                                     Ga. Bar No. 289725
                                     E-mail: carrie@sladlaw.com
                                     Jason H. Cooper
                                     Ga. Bar No. 778884
                                     E-mail: jason@sladlaw.com

                                     1397 Carroll Drive
                                     Atlanta, GA 30318
                                     Telephone: (404) 252-0900
                                     Facsimile: (404) 252-0970

                                     ***Attorneys for Plaintiff***