IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**Abdullah Store GAJAL, et al.,**<br><br>*Defendants*. | Case No.: 1:23-cv-298-TWT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff University of Georgia Athletic Association, Inc., by and through undersigned counsel and pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the below Defendant without prejudice, with each party to bear its own attorneys' fees and costs:

1. HAN JUNGMI.

Dated: April 7, 2023.

                                                Respectfully submitted,
                                                THE SLADKUS LAW GROUP

                                                *s/ Jason H. Cooper*
                                                Carrie A. Hanlon
                                                Ga. Bar No. 289725
                                                E-mail: carrie@sladlaw.com
                                                Jason H. Cooper
                                                Ga. Bar No. 778884

E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***